May it please the court I am Robert Jobe and I am the petitioner Ravinder Kaur and as I was saying the briefs in this case leave the distinct impression that the parties are evaluating the board's decision regarding the timeliness of Ms. Kaur's motion under two different legal standards and I think this relates to the difference in the language between the statute and the regulations both INA 240 c7 and its implementing regulation exempt motions to reopen relating to asylum and withholding claims from the normal numerical and time limits on motions to reopen both require new previously unavailable evidence material evidence but the changed country conditions arising in the country of nationality and perhaps because changes in country conditions by definition arise in the country of nationality the implementing regulation construes INA 240 c7 slightly differently and it requires a showing of circumstances arising in the country of nationality so in the motion to reopen that Ms. Kaur filed she invoked the plain language of the regulation and she pointed to three changed circumstances that had arisen in India that is her husband's death in 2013 which she about widows being discriminated against and persecuted in your in your brief and for it you do not as I understand argue that widows in India are a particular social group is that correct no we don't make that argument to this court on something I mean I wish you'd make the argument but you didn't make the argument well is that right no there was no reply in this case um it's relevant for a number a number of reasons your honor um first and foremost it certainly is going to go to the issue of internal relocation but and the the threshold question in this case is what's the motion was timely or not and the death of Ms. Kaur's husband is material to this case because I guess I have a question with what you said earlier you said it goes towards the issue of how has Ms. Kaur shown that she cannot relocate within India well your honor it's our view that she never the burden was not on her to do that the burden in this case would have been on the that she could not safely relocate and that it would be or that she could safely relocate and then it would be reasonable to expect her to do so the problem with the issue of internal relocation is the board never addressed the issue of past persecution but before I come to that let me just deal with this threshold question about timeliness well before you get to that though I want to go ahead you know if I can because you know the three going back to Judge Brazan's question about the relevance of her husband's death well it's her husband's death that led it's her husband's death that led her in-laws to blame her for that death and then to make these I asked about whether you treated were arguing that widows were a particular social group and I said no and then you asked me why not the death but the treatment of widows in India in general no that's we're not arguing that point but what I'm trying to establish here is that the death of the husband occurred in India and it's material because it's it led directly to her in-laws blaming her for that death and that the subsequent death threats that they made against Ms. Gore so tell me what let's assume all right about the time what is the or what is the basis what is the the nexus to it's family your honor the direct family of Balwinder Singh but well if I could just address that real quickly and it goes back to judgment the motion that we filed it it argues that Ms. Gore suffered past persecution on account of her family relationship that is as the spouse of Balwinder Singh but at that critical question was never addressed by the board the evidence on the nexus for past persecution is overwhelming your honor I mean if if you look at um let me just make three ordinarily when some I mean you may be right but ordinarily when you say that you're being discriminated against because you're a member of a particular social group it's because people in that social group are treated as a group uh and uh and as that group and you're kind of arguing hypocrisy you're arguing that she is being ostracized by this group essentially and treated I mean you're not saying that she was treated this way because this is the way members of her family are treated and that's the way I've always seen it used before no it's not always used like that your honor you can imagine the case of interfaith or intercaste marriage where the parents of a young woman who are against this interfaith or intercaste marriage attack that woman because they feel as if she's dishonored the family that those kinds of cases occur all all the time and in that instance it would either be religious persecution or the particular social group of her caste it would not be because she's a member of the family no oftentimes the argument there is family as well and and in your briefs a case that's done this well I don't know that there's a published case the the best example well there's a seventh circuit case called uh johnson I will give you the site to that your honor but yeah there's a seventh circuit case in which a woman was uh the fact because of the fact that her family in india had arranged a marriage for her it wasn't intercaste it wasn't interfaith she was just opposed to the marriage and because she didn't want to go back and enter into that marriage she was facing persecution at the hands of her own family seventh circuit said yes of course that's persecution on account of her family relationship just like in this particular case um is core she didn't fulfill what the family regarded to be as responsibilities as wife to balwinder singh and because she betrayed the family by reporting his instances of domestic violence against her they considered that to be a betrayal of the family and they seek to now kill her because of that betrayal but the evidence hasn't passed from this at all pardon you say the board has not passed from this at all no the problem here is that the board it alighted the two central questions the first if I can go back to timeliness again the critical question on timeliness is what standard do we apply we're arguing that the standard is we have to show that there are changed circumstances arising in the country of nationality the board however it never quoted or even uh grappled with that regulation instead it went to the language of the statute and said well these are personal uh changes they're not changes in country conditions that's because the statute itself talks about changes in country conditions but the regulation implementing it is more broad and if you look at the board's decision they talk about changes in country conditions seven times they never talk about changes uh change circumstances arising in india they don't actually apply the regulatory standard and if you look at the government's brief they do the same thing 20 times 20 they refer to change country conditions they never once referred to the actual standard change circumstances arising in india the board did not apply the regulatory standard this has to go back so that they can right um on my whether this is actually um actually it's disgusting uh and it says as well as each other's and family ties may meet the requirements of a particular social group but she's not introduced in the evidence that others in her proposed social group but family members of her husbands have been similarly mistreated instead i understand you disagree with this but now you can't tell me that they didn't address it they did at some level no they didn't address the nexus question in the context of past persecution that's the first point and on that it's almost impossible to dispute that she was persecuted because of her family relationship and her failure to fulfill her obligations to the family when ball winder raped her she he was she specifically told her you cannot refuse me you are my wife when she didn't have uh female children he beat her and said you're a bad wife for not giving me a son uh and then when finally when she reported the domestic violence that he had committed against her her in-laws said to her essentially that she had betrayed the family she said that indian people don't disclose private matters and you shouldn't talk to the police about your marital problems the issue in this case has been throughout both in the past persecution context and in the context of future persecution that she isn't fulfilling the role that the family sees as appropriate for her to fulfill and the board never addressed that question in the context of past persecution and so judge mendoza going back to your question on internal relocation because past persecution will determine which side has the burden of proof with respect to it didn't take the initial step of assessing whether there was past persecution on account of a protected ground so we don't even know what side has the burden of proof mr joe you've more than used your time but i could i ask you a quick question yes this all relates to the cat claim well the the cat claim your honor we it's our view that on that the board simply didn't grapple with our arguments and because they didn't really grapple with our arguments the case has to go back for reconsideration just on that basis alone i apologize for taking this extra two minutes here good afternoon may it please the court i'm brooke mauer for the respondent u.s attorney general um there are two basic facets to this is whether the petitioner managed to demonstrate changed conditions and then also if she managed to demonstrate a prima facie eligibility for relief um here contrary to what counsel had stated i do believe that the board addressed uh the country conditions both um with regard to the regulation and to the um ina as as the board noted the petitioner i'll note first like as far as past person goes persecution goes in 2009 petitioner had brought another motion to reopen where she had brought the particular social group of her husband's abuse and the violence that she had suffered on that and the board in that finding determined that there was no past persecution so this is not directly related to this but there was a finding made a while back regarding this to address um the claims now it appears that miss power the difference between the prosecution the persecution that she is claiming now which is not necessarily from the husband but rather from her family correct i'm sorry his family and isn't there uh documented uh continuous documented evidence where that's the case where the family themselves um a person can uh widow specifically well i don't believe in it i believe in this case there is one that it was just her her statement where she stated as the board noted that they had threatened her and if her group is family she would be the only one in that family that apparently was probably attempted to be persecuted or like harm she has who has the burden yeah well the government asserts that there has been no past persecution determination and therefore she doesn't qualify for any you know rebuttal of a well-founded fear she bears the burden of demonstrating that she does have a well-founded fear and that these family members are in fact seeking to persecute her based on a protected ground and here the government you the board is adequately held that there's insufficient record evidence to demonstrate that they were going to persecute her on that ground and he also cannot impute the i mean considering what happened with her with her husband to impute what happened then once he died that's a different form of persecution than what she fears from the in-laws it's a very different form so it's hard well it's a documented form of persecution certainly by the state department uh these uh diary activities that that still continue well also the record also belies the assert assertion that that they would be harming his his her other family members as his her own daughter lived with the father and the grandparents with no harm that came to her and like there's no harm that's come to anyone else and the question is but but let's but she's arguing that it's because of her family connection but not because all um but but it's because of her particular status in the family um rather than because the family as well being persecuted and the question is is that a valid argument um which is because of her family but it's whether that qualifies as a argument i don't know it's an interesting argument i don't know what and mr joe tells us there's some seventh circuit opinion that's similar i'm i'm unaware of that one but i agree i mean i think the board did kind of address this and they know because they are family members this appears to be a personal vendetta out of grievance from their son i mean there isn't it's not a personal vendetta it's a vendetta that is based on her structure the structure of the family i understand that it's not just because they don't like me it's because i was their their son's wife and i'm and and they think i had certain role to play and they think i didn't play it all because i was a member of the family well and and as the board also noted is like looking at the daughter the daughter would also be i guess considered part of that family the daughter didn't do these it wasn't the wife and the daughter didn't misbehave as a wife so i don't know if it's a valid argument but it's an interesting argument and you don't deal with it by saying it's a personal vendetta it's not really personal well no but not even addressing it in the personal your honor like if you look at what the daughter even stated in her own declaration when she said that the family even notably you should be happy your father is said it's what she wanted didn't there's no harm that came to her they knew that she was related to the family and they knew that she was part of it but it would kind of go to the lying the fact that the family was actually persecuting her based on her own family membership she lived there she was able to come and go as she pleased she left and there no harm befell her i mean repeat i'm sorry i got it was i i don't understand your argument very well this was a um a changed condition in india um and and was somewhat connected with other conditions in india with regard to how widows are treated so why is there a change country why is there not a change country condition why yes why isn't there one okay um well no i mean as far as like i mean i think the board adequately addressed that i mean there wasn't a qualitative change i mean that's a factual determination that the board made and the record supports that your argument was that it wasn't um that it's not a condition that grows in india and doesn't that it's a personal condition not a country condition it doesn't count that's not your argument no i think the board made two arguments in there they said they noted that repeat now you know the board supported i'm sorry i guess i'm just like crisscrossing with you so i we're defending both of these decisions both of these arguments correct all right but but then you said no so i'm asking you as to the argument about um whether this was a changed country condition that arose uh in india why isn't it one why we will as far as like as far as the the treatment of women or as far as the family of them the fact that her husband died in india and that his family in india was now after her and that that was not that is connected to the way widows are being treated now why isn't that a changed country condition in the country of origin india and if i could add to judge berzon's question um wasn't there a state department um records that uh as of 1998 8 455 reported dowry debt um excuse me 8 455 in 2014 in 2019 there were 6 917 these were dowry so isn't that an increase that would that would be a change in circumstance added to that the fact that cruelty by husbands or relatives uh have doubled from uh 49,170 in 2001 to 122,887 in 2014 is that a change in circumstance yes there is i mean like there is and i think the government also addressed that in their brief noting that i mean like at the same time these are happening you've also got population changes in there so like if you're looking at a statistical analysis i mean the changes are not as stymieing and alarming as are cited in there if you cite that in 2014 there were an extra like 500 million people in comparison to the 2000 1998 reports a doubling in size isn't going to have the same statistical impact on than just stating a double number well let's assume suppose it was just the same amount but there were still changes in india uh that she didn't it's not anything she did it's not like having a child but they still have to be they still have to be material i mean like as the as the board has you know adequately held when they went through and they basically said is that you know even her personal change could happen to be there but she hasn't shown that this was on account of a protected ground her husband died and the government is arguing that her group is not family members it's not it's not a group we're switching gears all the time all right let's just stick for the moment with the question of whether or not there was change country conditions that were not and she did not trigger that work did occur in india and then interacted with a situation in india whether it's a new situation or an old situation which has now become relevant to her that wasn't relevant to her before that is how widows are treated in india whether that's changed or hasn't changed she still wasn't a widow before now she's nothing for no reason of no fault of her own and she is in fact being threatened as a widow and being threatened as a widow is something that happens in india whether it's new or old why isn't that it changed but they just argued that they weren't even arguing that being a widow was the particular social group that they were going for i know that isn't what i said i'm not talking about that i'm talking about whether the fact that she has had circumstances for her have changed because of in india because her husband died in india and her the family is in india and she hasn't done anything to trigger that happening uh and the um so now she is in a status in which in india has a problematic status whether it's new or an old problematic status i'm not saying it's a particular social group i'm saying that the circumstances have changed as to her likelihood of being persecuted yes and even the board agreed what did i mean like that that it means that would be a change in there but it said even even so even so that she that even if there is this change in there she hasn't demonstrated like the proper the proper group or the properly protected ground there can be a change because we're going to go she's a change and it doesn't matter because she still has failed to demonstrate that she's prima facie eligible for the relief that she's seeking anything no thank you all right so i'm just wondering thank you your honor a few points first um the government's claim that the board decided to pass persecution issue and an earlier decision it's false it's a gross misrepresentation to the that becomes uh self-apparent um secondly the board never applied and for what happened there your honor is the board addressed uh the allegations of domestic violence only in considering whether they were changed uh conditions in the country of removal and they concluded that to the extent that they represent a change their changes in personal circumstances rather than changes in country conditions second um this goes back to this point again this whole argument that the government just made was focused on general changes in country conditions that's not the test under the regulations we simply have to demonstrate change circumstances arising in india the seventh circuit case that i was referring to your honor called joseph versus holder uh it's 579 f3 827 2009 case it involved a woman whose family back in india had arranged a marriage for her that she didn't want to enter into and the issue was again whether or not there were changed circumstances the government made just as they're doing now they said this doesn't show some general change in country conditions seventh circuit said that's the test the test is are there changed circumstances arising in the country of nationality they said this is a change circumstance arising in the national the country of nationality final landing place was that the board agrees with that but doesn't agree that there was in fact a i'm sorry your i couldn't hear that now his final landing place on that question as i understand it was to agree with you to say that it could have been a changed circumstance but that the um there was no um particular social group shown well they the problem here is that they never really they never addressed the first off they never addressed the question of past persecution the evidence on with regard to past persecution with respect to nexus is overwhelming if you agree with our theory that there can be intrafamilial persecution um the evidence is indisputable because again when her husband raped her he said you have to go along with this because you're my wife statements like that are direct evidence but because the board never addressed the issue of past persecution they never addressed the nexus question and this becomes directly relevant again to the question whether she faces future persecution the government is misrepresenting the law when they say that because the husband passed away the the presumption no longer applies the attorney general recently issued a decision making that same point but both in this case and in that subsequent case by the attorney general they're ignoring the change in regulations they're citing a case that interpreted regulations that preceded the current regulations and they're ignoring an attorney general opinion from attorney general mukasey that said specifically it's not about the the presumption isn't the scope isn't determined by the persecutors it's determined by the the basis of the the claim and it defines the basis of the claim as the nexus the unaccount of and in the only time that the the presumption would not apply to a claim of future persecution is if it's unrelated to the past persecution that's what the regs say the government knows that they know that that case nma has no application to this new regulatory scheme and yet they continue to make that argument and it's flat out wrong oh sorry no go ahead it it appears that the federal register when a change was made it specifically noted that the amended language is not intended to alter the holding of nma it said that that's true and but what it's a different it's a more narrow reading of nma your honor because in nma you had a situation where not only was the persecutor different from the past persecutor but the nexus was completely different in nma you had a guy who was first persecuted because of his anti-communist beliefs that was the basis of his past persecution his future persecution claim was was a claim that he would be persecuted by the very group that he had he had in the past um but supported and that he was going to be persecuted based on a completely different political opinion and it's because of the combination of those two things that we lost that case i litigated that nma case but when they finally uh codified nma in the regulations they were crystal clear that they were taking a narrower reading of nma than the government would have you believe and that's made clear by attorney general mukasey's opinion um in matter of at he addressed that very question and he said that the new regulations the in the new regulations the scope of the presumption is is determined by the the basis of the original claim and he interpreted that clause basis of the original claim as meaning the protected ground not the persecutor okay last one last question i'm looking at the interpretation of family as a social group that you're arguing for and i'm not seeing it but maybe there's some place where it does that um i can't give you a direct uh citation to to that your honor a paid citation but i do well it it's the holding of the case is they go on to say the plain language of the regulation so does not restrict the concept of changed circumstances to some kind of but it's implicit in that at a minimum your honor because they're saying i just got to the question of whether there were changed circumstances okay your time is well up thank you very much thank you thank you your honor um the you
judges: Schroeder, Berzon, Mendoza